IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:22-CR-00018-TES-CHW |
| GABRIEL NUNEZ | : |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that this case be unsealed in its entirety.

SO ORDERED, this 16th day of September, 2022.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE