# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GABRIEL NUNEZ,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00018-TES-CHW-1 |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
### IN THE INTERESTS OF JUSTICE

Before the Court is an Unopposed Motion to Continue [Doc. 30] filed by Defendant Gabriel Nunez. [Doc. 30, ¶ 4]. On April 12, 2022, the Government obtained a four-count indictment charging Defendant Nunez with two counts of Theft of a Firearm from a Federal Firearms License and two counts of Possession of Stolen Firearms in violation of 18 U.S.C. §§ 922(u) and 924(i)(1) and 18 U.S.C. §§ 922(j) and 924(a)(2), respectively. *See generally* [Doc. 1]. He pled "Not Guilty" on October 19, 2022, at his initial appearance before a United States Magistrate Judge. [Doc. 11]; [Doc. 15].

Defendant Nunez seeks another continuance because his counsel needs more time "to review discovery and investigate the case." [Doc. 30, ¶ 2]. Defendant further states that "[d]iscovery is voluminous and involves allegations of multiple thefts and burglaries over several months and jurisdictions[]" and that "[t]he temporal and geographic spread in this case means investigation takes longer than it otherwise

might[,]" rending plea negotiations incomplete. [*Id.*]. Accordingly, the Court **GRANTS** the Defendant Nunez's Unopposed Motion to Continue [Doc. 30], and this case is **CONTINUED** to the Court's next regularly scheduled Trial Term—June 19, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 15th day of March, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
