IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-18-CAR-CHW |
| GABRIEL NUNEZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Gabriel Nunez's Unopposed Motion to Continue [Doc. 37] the trial which is set to begin on June 19, 2023, in Macon, Georgia. On January 10, 2023, the Grand Jury returned a multi-count indictment charging Defendant with Theft of a Firearm from a Federal Firearms Licensee and Possession of Stolen Firearms. On October 19, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and detained pending trial.

In the Motion, Defense Counsel represents additional time is needed to further investigate the case and to engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's

Unopposed Motion to Continue [Doc. 37] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the August 7, 2023 term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 10th day of May, 2023.

                              s/ C. Ashley Royal_____
                              C. ASHLEY ROYAL, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT